IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN HARDWARE INSURANCE GROUP, | CASE NO. 2:08-cv-444-HDM-LRL |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |
| SCOTTSDALE INSURANCE COMPANY; ABSOLUTE INSURANCE; BROWN & RIDING; DOES 1 through 20; and ROE CORPORATIONS 1 through 20; inclusive, | |
| Defendants. | |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff AMERICAN HARDWARE INSURANCE GROUP and Defendants SCOTTSDALE INSURANCE COMPANY; ABSOLUTE INSURANCE and BROWN & RIDING, by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice, each party to bear their own costs and fees.

//

//

//

1

1  Dated this 15th July, 2010.

| | |
|---|---|
| WILLIAMS & WIESE<br><br>By: /s/ Jerry A. Wiese<br>Jerry A. Wiese, II, Esq.<br>Nevada Bar No. 5546<br>612 South 10th Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff*<br>*AMERICAN HARDWARE*<br>*INSURANCE GROUP* | STEPHENSON & DICKINSON, P.C.<br><br>By: /s/ Samuel J. Walter 10662 for<br>Marsha L. Stephenson, Esq.<br>Nevada Bar No. 6130<br>2820 West Charleston Boulevard, Suite 19<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant*<br>*SCOTTSDALE INSURANCE COMPANY* |
| MURPHY, PEARSON,<br>  BRADLEY & FEENEY<br><br><br><br>By:_____<br>James Murphy, Esq.<br>Bryan L. Saafeld, Esq.<br>*Admitted Pro Hac Vice*<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>*Attorneys for Defendant*<br>*BROWN & RIDING INSURANCE*<br>*SERVICES, INC.* | MORRIS, POLICH & PURDY, LLP<br><br><br><br>By:_____<br>Nicholas M. Wieczorek, Esq.<br>Nevada Bar No. 6170<br>Montgomery Y. Paek, Esq.<br>Nevada Bar No. 10176<br>3883 Howard Hughes Pkwy., Suite 560<br>Las Vegas, NV 89169<br>*Attorney for Defendant*<br>*ABSOLUTE INSURANCE* |

2

| | |
|---|---|
| WILLIAMS & WIESE<br><br>By:_____<br>Jerry A. Wiese, II, Esq.<br>Nevada Bar No. 5546<br>612 South 10th Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff*<br>*AMERICAN HARDWARE*<br>*INSURANCE GROUP* | STEPHENSON & DICKINSON, P.C.<br><br>By:_____<br>Marsha L. Stephenson, Esq.<br>Nevada Bar No. 6130<br>2820 West Charleston Boulevard, Suite 19<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant*<br>*SCOTTSDALE INSURANCE COMPANY* |
| MURPHY, PEARSON,<br>  BRADLEY & FEENEY<br><br><br>By:_____<br>James Murphy, Esq.<br>Bryan L. Saafeld, Esq.<br>*Admitted Pro Hac Vice*<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>*Attorneys for Defendant*<br>*BROWN & RIDING INSURANCE*<br>*SERVICES, INC.* | MORRIS, POLICH & PURDY, LLP<br><br><br>By: /s/ _____<br>Nicholas M. Wieczorek, Esq.<br>Nevada Bar No. 6170<br>Montgomery Y. Paek, Esq.<br>Nevada Bar No. 10176<br>3883 Howard Hughes Pkwy., Suite 560<br>Las Vegas, NV 89169<br>*Attorney for Defendant*<br>*ABSOLUTE INSURANCE* |

2

| | |
|---|---|
| WILLIAMS & WIESE<br><br>By:_____<br>Jerry A. Wiese, II, Esq.<br>Nevada Bar No. 5546<br>612 South 10th Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff*<br>*AMERICAN HARDWARE*<br>*INSURANCE GROUP* | STEPHENSON & DICKINSON, P.C.<br><br>By:_____<br>Marsha L. Stephenson, Esq.<br>Nevada Bar No. 6130<br>2820 West Charleston Boulevard, Suite 19<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant*<br>*SCOTTSDALE INSURANCE COMPANY* |
| MURPHY, PEARSON,<br>  BRADLEY & FEENEY<br><br>By: /s/ *[signature]*<br>James Murphy, Esq.<br>Bryan L. Saafeld, Esq.<br>*Admitted Pro Hac Vice*<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>*Attorneys for Defendant*<br>*BROWN & RIDING INSURANCE*<br>*SERVICES, INC.* | MORRIS, POLICH & PURDY, LLP<br><br>By:_____<br>Nicholas M. Wieczorek, Esq.<br>Nevada Bar No. 6170<br>Montgomery Y. Paek, Esq.<br>Nevada Bar No. 10176<br>3883 Howard Hughes Pkwy., Suite 560<br>Las Vegas, NV 89169<br>*Attorney for Defendant*<br>*ABSOLUTE INSURANCE* |

## ORDER

IT IS SO ORDERED this 19th day of JULY, 2010.

*/s/ Howard D. McKibben*

DISTRICT COURT JUDGE

2